February 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DENSO CORPORATION, Appellant

NO. 14-12-00351-CV                    V.

MAHMOOD A. DWEIB, Appellee

_____

This cause, an appeal from the Order Denying DENSO Corporation's Special Appearance signed March 23, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the Order Denying DENSO Corporation's Special Appearance of the court below **REVERSED** and **REMAND** the cause for the court below to dismiss all of appellee Mahmood A. Dweib's claims against DENSO Corporation.

We order appellee, Mahmood A. Dweib, to pay all costs incurred in this appeal. We further order this decision certified below for observance.